**Law Offices of Stephen Abraham**
Stephen E. Abraham, Esq. (State Bar No. 172054)
stephen@abraham-lawoffices.com
1592 Pegasus Street
Newport Beach, California 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366

Attorney for Defendant Shamriz Legacy Partners, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **James Shayler**,<br><br>            *Plaintiff*,<br><br>     v.<br><br>**Shamriz Legacy Partners, LLC**, a California limited liability company; and Does 1-10,<br><br>            *Defendant*. | Case No. 2:19-cv-04878-SVW-KS<br><br>**DECLARATION OF DR. BENJAMIN BEHROOZAN**<br><br>Honorable Stephen V. Wilson<br><br>United States Courthouse,<br>350 West 1st Street<br>Courtroom 10A, 10th Floor<br>Los Angeles, CA, 90012 |

### DECLARATION OF DR. BENJAMIN BEHROOZAN

I, Dr. Benjamin Behroozan, declare:

1. All the statements contained herein are made and based on my personal knowledge and if called as a witness I could and would testify competently thereto.

2. I am the managing member of Defendant Shamriz Legacy Partners, LLC and a practicing physician at the medical offices that are the subject of this lawsuit.

3. I have read the "Supplemental Plaintiff's Case Statement." The allegations against me and my attorney are false.

4. At no time did I or any member of my staff threat, intimidate, or

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

Behroozian Decl                    1
DECL ISO DEFENDANT'S RESPONSE

1. coerce Plaintiff.

2. 5. In August 2019, Plaintiff initiated discussions with me regarding the lawsuit. He stated that he did not want to do anything to hurt me. I did not engage him in discussions regarding the lawsuit other than to state that the elevator had been out of service while waiting for parts but was again operating.

6. I did not tell him to lower his demand.

7. I did not tell him to terminate his attorneys.

8. I did not mention any discussions that I had with my attorney and would never have done so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on September 24, 2019 at Los Angeles, California.

_____

Dr. Benjamin Behroozan

Stephen E. Abraham
—— LAW OFFICES ——
1592 Pegasus Street
Newport Beach, CA
92660
(949) 878-8608

Behroozian Decl                                                             2
DECL ISO DEFENDANT'S RESPONSE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 1592 Pegasus Street, Newport Beach, California 92660.

On September 24, 2019, I served the foregoing document described as: **DECLARATION OF DR. BENJAMIN BEHROOZAN** thereon on all interested parties in this action as follows:

Anoush Hakimi (State Bar No. 228858)     Representing Plaintiff
Peter Shahriari (State Bar No. 237074)
THE LAW OFFICE OF HAKIMI & SHAHRIARI
7080 Hollywood Blvd., Suite 804
Los Angeles, California 90028

[x]   **e-Filing pursuant to Court order**

Executed on September 24, 2019, at Newport Beach, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Stephen E. Abraham
Stephen E. Abraham

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

Behroozian Decl

PROOF OF SERVICE