# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER,<br><br>      Plaintiff,<br>vs.<br><br>SHAMRIZ LEGACY PARTNERS, LLC, a California Limited Liability Company; and Does 1-10,<br><br>      Defendant. | **Case No.: 2:19-cv-04878-SVW-KS**<br><br>*Hon. Stephen V. Wilson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: June 4, 2019<br>Trial Date:   March 10, 202 |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff James Shayler's ("Plaintiff") entire action is dismissed with prejudice, including all claims stated against Defendant Shamriz Legacy Partners, LLC, a California Limited Liability Company ("Defendant").

Dated: November 26, 2019

                                              Hon. Stephen V. Wilson
                                              Judge, United States Court
                                              Central District of California